■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SHERROD, Appellant. [919 NYS2d 457]—

Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.